UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

**785 Partners LLC,**

Chapter 11
Case No. 11-13702 (SMB)

Debtor.
------------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

**785 Partners LLC,** having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on **August 3, 2011,** and the Court having determined that a Case Management Conference will aid in the efficient conduct of the case and entry of such order is advisable by Local Rule 1007-2, it is

**ORDERED**, pursuant to 11 U.S.C. Section 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge in Room **723**, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **Tuesday, September 20, 2011 at 10:00 a.m.** o'clock in the forenoon, or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, inter alia, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables and scheduling of additional case management conferences; and it is further

**ORDERED**, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. Section 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any post-petition lender to the debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

**DATED:** New York, New York
August 4, 2011

                                              **/s/   STUART M. BERNSTEIN**
                                              **United States Bankruptcy Judge**