THOMPSON HINE LLP
Joseph B. Koczko, Esq.
335 Madison Ave, 12th Floor
New York, NY 10017
(212) 344-5680
*Attorneys for Gordon D'Arcy, John Hogan, Brian O'Kennedy, Maeve O'Kennedy, Stephen Mackey, Joe Murphy, Gerardina Murphy, Iain Craig, Catherine Day, Clodagh Blake, Phil Dillon, Dominick Glennane, Patrick Donovan, Gill Hess Ltd.-Simon Hess SSAP, Breda O'Kennedy, Gregor Shanik, Rita Fagan SSAP, Stephen Church, Sean Murphy, Ann Murphy, Denross Ltd. SSAP-Aine Meagher, Denross Ltd. SSAP-Carmel Kidney, I.M. Ltd. Pension Scheme, The Astech Pension Fund, David Coen, Adrian O'Connor, Frank Murphy, and Gill Hess Ltd. SSAP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                                              :
                                                                                          :       **Chapter 11**
**785 PARTNERS LLC,**                                                :       **Case No. 11-13702 (SMB)**
                                                                                          :
              **Debtor.**                                  :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

     **PLEASE TAKE NOTICE** that Joseph B. Koczko of the law firm Thompson Hine LLP represents Gordon D'Arcy, John Hogan, Brian O'Kennedy, Maeve O'Kennedy, Stephen Mackey, Joe Murphy, Gerardina Murphy, Iain Craig, Catherine Day, Clodagh Blake, Phil Dillon, Dominick Glennane, Patrick Donovan, Gill Hess Ltd.-Simon Hess SSAP, Breda O'Kennedy, Gregor Shanik, Rita Fagan SSAP, Stephen Church, Sean Murphy, Ann Murphy, Denross Ltd. SSAP-Aine Meagher, Denross Ltd. SSAP-Carmel Kidney, I.M. Ltd. Pension Scheme, The Astech Pension Fund, David Coen, Adrian O'Connor, Frank Murphy, and Gill Hess Ltd. SSAP, each a creditor and party in interest in this chapter 11 case. The undersigned attorney hereby enters an appearance pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a). All such notices should be addressed as follows:

Joseph B. Koczko, Esq.
THOMPSON HINE LLP
335 Madison Avenue - 12th Floor
New York, NY 10017-4611
Tele.: 212.344.5680
Fax: 212.344.6101
Joseph.Koczko@ThompsonHine.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but it also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, fax or otherwise, filed with regard to the above case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, or under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
August 10, 2011

Respectfully Submitted,

THOMPSON HINE LLP

 /S/ *JOSEPH B. KOCZKO*
Joseph B. Koczko, Esq.
335 Madison Ave, 12th Floor
New York, NY 10017
(212) 344-5680

*Attorneys for Gordon D'Arcy, John Hogan, Brian O'Kennedy, Maeve O'Kennedy, Stephen Mackey, Joe Murphy, Gerardina Murphy, Iain Craig, Catherine Day, Clodagh Blake, Phil Dillon, Dominick Glennane, Patrick Donovan, Gill Hess Ltd.-Simon Hess SSAP, Breda O'Kennedy, Gregor Shanik, Rita Fagan SSAP, Stephen Church, Sean Murphy, Ann Murphy, Denross Ltd. SSAP-Aine Meagher, Denross Ltd. SSAP-Carmel Kidney, I.M. Ltd. Pension Scheme, The Astech Pension Fund, David Coen, Adrian O'Connor, Frank Murphy, and Gill Hess Ltd. SSAP*