.

YESKOO HOGAN & TAMLYN, LLP
Attorneys for Fuerta Property Limited
908 Third Avenue, 28th Floor
New York, New York 10022
(212) 983-0900
By: Stephen Hogan

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    :
                                                          :   Chapter 11
                                                          :   Case No. 11-13702 (SMB)
    785 PARTNERS LLC,                   :
                                                          :
                                                          :
                                                          :
        Debtor.       :
                                                          :
-----------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned counsel, pursuant to §1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, (a) enters his appearance as attorney for Fuerta Property Limited in the above-referenced case and (b) requests that his name be added to the Service List, as the same may be amended and supplemented from time to time, and that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the following:

Stephen Hogan, Esq.
YESKOO HOGAN & TAMLYN, LLP
909 Third Avenue, 28th Floor
New York, New York 10022
Telephone: (212) 983-0900
Fax: (212) 983-0907
E-mail: hogan@yeskoolaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, any notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Dated: New York, New York
August 10, 2011

          Respectfully submitted,

          YESKOO HOGAN & TAMLYN, LLP
          Attorneys for Fuerta Property Limited
          909 Third Avenue, 28th Floor
          New York, New York 10022
          (212) 983-0900

          By: __/s/ Stephen Hogan_____
             Stephen Hogan